UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TYRONE CAMPBELL, SR. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEFFREY BEARD, et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.:1:14-cv-00801-LJO-SAB (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATION, RECOMMENDING ACTION PROCEED ON PLAINTIFF'S EXCESSIVE FORCE CLAIM AGAINST DEFENDANTS MENDEZ, AGUINAGA, RAMOS, AND CARDENAS, DISMISSING ALL OTHER CLAIMS AND DEFENDANTS, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR INITATION OF SERVICE OF PROCESS <br><br> [ECF No. 13] |

      Plaintiff Anthony Tyrone Campbell Sr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 19, 2014, the Magistrate Judge screened Plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A, and recommended that this action shall proceed on Plaintiff's claim of excessive force against Defendants J. Mendez, D. Aguinaga, T. Ramos, and D. Cardenas; and Plaintiff's due process claim against C. Nevarez be dismissed for failure to state a cognizable claim for relief. The recommendation was served on Plaintiff and contained notice that objections were to be filed within twenty days. No objections were filed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on September 19, 2014 is adopted in full;

2. This action shall proceed on Plaintiff's claim of excessive force against Defendants J. Mendez, D. Aguinaga, T. Ramos, and D. Cardenas; and Plaintiff's due process claim against C. Nevarez be dismissed for failure to state a cognizable claim for relief; and

3. The matter is referred back to the Magistrate Judge for initiation of service of process.

IT IS SO ORDERED.

Dated: **October 27, 2014**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE