UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TYRONE CAMPBELL, SR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　Defendants. | Case No.:1:14-cv-00801-LJO-SAB (PC)<br><br>ORDER AMENDING ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE AND FORWARDING PLAINTIFF NECESSARY SERVICE OF PROCESS FORMS FOR COMPLETION AND RETURN TO THE COURT<br><br>[ECF Nos. 15, 16] |

　　　　Plaintiff Anthony Tyrone Campbell Sr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On October 31, 2014, the Court found that service of the first amended complaint appropriate as to Defendants J. Mendez, D. Aguinaga, T. Ramos, and D. Cardenas, based on Plaintiff's claim of excessive force.

　　　　On November 5, 2014, Plaintiff filed a notice indicating that Defendant M. Barajas was inadvertently left out of the Court's screening order, despite the fact that he stated a cognizable failure to protect claim against this defendant.  The Court has reviewed the operative complaint and prior service order, and finds that Plaintiff is correct.  The Court will amend the October 31, 2014, order to reflect that Plaintiff states a cognizable claim against Defendant M. Barajas for excessive force, and the Court will send Plaintiff the necessary service of process forms for completion and return to the Court.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The Court's October 31, 2014, order is AMENDED to reflect that Plaintiff states a cognizable excessive force claim against Defendant M. Barajas as well as Defendants J. Mendez, D. Aguinaga, T. Ramos, and D. Cardenas;

2. The Clerk of Court is directed to send Plaintiff one (1) USM-285 form and (1) Summons for completion and return to the Court; and

3. Within thirty days from the date of this order, Plaintiff shall complete and return the USM-285 form and summons as to Defendant M. Barajas.

IT IS SO ORDERED.

Dated: **November 12, 2014**

UNITED STATES MAGISTRATE JUDGE