# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TYRONE CAMPBELL, SR.,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | Case No.:1:14-cv-00801-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND THE DEADLINE TO FILE AN EXHAUSTION MOTION<br><br>[ECF No. 35] |

    Plaintiff Anthony Tyrone Campbell Sr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On August 6, 2015, Defendants filed a request to extend the deadline to file a motion for summary judgment relating to exhaustion of the administrative remedies. (ECF No. 35.)

    Good cause having been presented to the Court, it is HEREBY ORDERED that Defendants are granted a fourteen day extension, to and including August 20, 2015, to file their exhaustion motion.

IT IS SO ORDERED.

Dated: **August 7, 2015**

                                                   UNITED STATES MAGISTRATE JUDGE

1