UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TYRONE CAMPBELL, SR.,<br><br>   Plaintiff,<br><br>   v.<br><br>JEFFREY BEARD, et al.,<br><br>   Defendants. | Case No.:1:14-cv-00801-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND REQUEST TO EXTEND THE DEADLINE TO FILE AN EXHAUSTION MOTION<br><br>[ECF No. 37] |

Plaintiff Anthony Tyrone Campbell Sr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 20, 2015, Defendants filed a second request to extend the time to file a motion for summary judgment relating to exhaustion of the administrative remedies. (ECF No. 37.)

Good cause having been presented to the Court, it is HEREBY ORDERED that Defendants are granted a seven day extension, to and including August 27, 2015, to file their exhaustion motion.

IT IS SO ORDERED.

Dated:   **August 21, 2015**

UNITED STATES MAGISTRATE JUDGE

1