UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TYRONE CAMPBELL, SR.,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY BEARD, et al.,<br><br>Defendants. | Case No.:1:14-cv-00801-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES FOLLOWING FINAL RESOLUTION OF THEIR MOTION FOR SUMMARY JUDGMENT RELATING TO EXHAUSTION<br><br>[ECF No. 46] |

Plaintiff Anthony Tyrone Campbell Sr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 17, 2015, Defendants filed a motion to extend the discovery and dispositive motion deadlines following final resolution of their motion for summary judgment.

This action is proceeding against Defendants Mendez, Aguinaga, Ramos, Cardenas, and Barajas for excessive force in violation of the Eighth Amendment.

On May 4, 2015, Defendants filed an answer to the complaint. (ECF No. 26.) On May 6, 2015, the Court issued the discovery and scheduling order, setting the deadline for completion of discovery on January 6, 2016, and the dispositive motion deadline of March 14, 2016. (ECF No. 27.)

Defendants filed a motion for summary judgment relating to exhaustion of the administrative remedies on August 28, 2015. After the motion was fully briefed, the undersigned issued Findings

and Recommendations to grant Defendants' motion. (ECF No. 42.) The Findings and Recommendations are still pending before the Court.

Defendants request that the discovery and scheduling order be modified to allow Defendants a period of sixty days to complete discovery following the Court's final ruling on the pending motion for summary judgment and a further sixty days following the completion of discovery to file any dispositive motions, should Defendants not prevail on the motion. (ECF No. 3, Mot. at 3.)

Good cause having been presented to the Court, it is HEREBY ORDERED that Defendants shall be granted a sixty days extension of the discovery deadline and a correlating sixty day extension of the dispositive motion deadline, if Defendants' motion for summary judgment is ultimately denied. Such order shall issue, if necessary, following final resolution of Defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated: __December 18, 2015__

UNITED STATES MAGISTRATE JUDGE